■ In the Matter of SUMMER GILLETTE, Respondent, v JEREMY GEDNEY, Appellant. (Appeal No. 1.) [913 NYS2d 118]—Appeal from an order of the Family Court, Ontario County (Frederic T.

Henry, Jr., J.H.O.), entered October 7, 2009 in a proceeding pursuant to Family Court Act article 6. The order, among other things, adjudged that petitioner shall have sole custody of the subject children.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Lindley, Sconiers, Green and Gorski, JJ.